No. 10–6222. CUNNINGHAM, INDIVIDUALLY AND BY AND THROUGH HIS FATHER AND NEXT FRIEND, CUNNINGHAM v. CITY

OF WEST POINT, MISSISSIPPI.   C. A. 5th Cir.   Certiorari denied.